[No. 25887-1-II. Division Two. January 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM MICHAEL ULERY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-1-00546-9, Gary Tabor, J., entered May 2, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 26627-0-II. Division Two. January 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LEONARD FULLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01628-1, John A. McCarthy, J., entered November 1, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 26749-7-II. Division Two. January 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID CLARENCE HOLMES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-04255-0, John A. McCarthy, J., entered December 12, 2000. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 27517-1-II. Division Two. January 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMIEN LASHAWN WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01583-8, Sergio Armijo and Bryan E. Chushcoff, JJ., entered June 18, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Armstrong, JJ.